UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Bennett, April M.

Case No.: 19-12427-MBK
Chapter: 7
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on January 16, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
116 Sundance Drive
Hamilton, NJ

Valued at $300,000.00

Liens on property:

Midland Mortgage
$281,847.00 plus interest and
$10,164.00 escrow deficiency

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee

Address: McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 19-12427-MBK
April M Bennett                                                        Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: pdf905              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +April M Bennett,    116 Sundance Dr,    Hamilton, NJ 08619-3969
cr             +Hamilton Chase Condominium Association, Inc.,     c/o INTEGRA Management Corp.,    200 Valley Road,
                 #203,    Arlington, NJ 07856-1320
518011774     ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:    American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
518011775      +Amerihome Mortgage Company LLC,     1 Baxter Way Suite 300,    Thousand Oaks, CA 91362-3888
518011776     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518064562      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518011777      +Bloom/dsnb,   Po Box 8218,    Mason, OH 45040-8218
518011778      +Bloom/fdsb,   Po Box 8218,    Mason, OH 45040-8218
518011779      +Edfinancial Services L,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
518099486      +Hamilton Chase Condominium Association, Inc.,     c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,     1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
518011780      +Integra Management Corp,    200 Valley Road Suite 203,    Mount Arlington, NJ 07856-1320
518011784      +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
518011786       Mercer County Chancery Division,     175 South Broad Street 1ST FL,    PO Box 8068,
                 Trenton, NJ 08650-0068
518186293      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518011787      +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
518011788      +New Jersey Division of Taxation,     P.O. Box 046,    Trenton, NJ 08646-0046
518184411     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518011792      +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
518138672      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 130000,    Raleigh, NC 27605-1000
518011795      +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2019 00:03:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2019 00:03:43      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518035371       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 14 2019 00:03:59
                 American Honda Finance Corporation,     National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518162565      +E-mail/Text: bnc@atlasacq.com Dec 14 2019 00:02:54      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518185824       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2019 00:03:37
                 Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518011782       E-mail/Text: cio.bncmail@irs.gov Dec 14 2019 00:03:14      Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
518018423       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 23:59:06       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518011785      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 23:59:05       Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518011789      +E-mail/Text: bnc@nordstrom.com Dec 14 2019 00:03:09      Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
518184360       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 23:58:58
                 Portfolio Recovery Associates, LLC,     c/o Neiman Marcus,    POB 41067,    Norfolk VA 23541
518011790       E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 23:58:44      PayPal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
518011791      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 23:58:58
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518157187      +E-mail/Text: bncmail@w-legal.com Dec 14 2019 00:04:00      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518184075      +E-mail/Text: ebn_bkrt_forms@salliemae.com Dec 14 2019 00:04:25       Sallie Mae,,    P.O Box 3319,,
                 Wilmington, DE 19804-4319
518572088      +E-mail/Text: bnc@bass-associates.com Dec 14 2019 00:01:31
                 United Consumer Financial Services,     Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,     Tucson, AZ 85712-1083
518011793      +E-mail/Text: EBankruptcy@UCFS.NET Dec 14 2019 00:04:54      United Consumer Finl S,
                 865 Bassett Rd,    Westlake, OH 44145-1194
518166802      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2019 00:11:53       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518011794      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2019 00:01:20
                 Verizon Fios,    PO Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 18
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Dec 13, 2019
                               Form ID: pdf905             Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518011783*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
518011781*      +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
518184412*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 3, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    Hamilton Chase Condominium Association, Inc.
               ggreatrex@sgglawfirm.com, Jwebb@hillwallack.com;Ahenderson@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor April M Bennett rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 6
```